```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


                                    )
BRUCE M. McLAUGHLIN,                )
                                    )
     Plaintiff,                     )
                                    )
     v.                             )   1:05CV00203
                                    )
ANTHONY J. PRINCIPI, Secretary      )
of Department of Veterans           )
Affairs,                            )
JAMES D. SHELTON, Supervisor,       )
TED IRBY, Team Coach,               )
JERRY IRELAND, HRM,                 )
TANYA B. BURTON, Staff              )
Attorney,                           )
DEPARTMENT OF VETERANS AFFAIRS,     )
                                    )
     Defendants.                    )
```

ORDER AND JUDGMENT

OSTEEN, District Judge

For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment filed by Defendants Anthony J. Principi, in his official capacity as Secretary of the Department of Veterans Affairs, James D. Shelton, supervisor; Ted Irby, team coach; Jerry Ireland, HRM; Tanya B. Burton, staff attorney; and Department of Veterans Affairs is [Doc No. 18] GRANTED.

This the 3rd day of October 2006.

_____
United States District Judge